**Eddie JOHNSON, Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.**

opposed. The motion to continue the stay is granted.

Gary Whitlatch, Claimant–Appellee,

v.

Anthony J. Principi, Secretary of
Veterans Affairs, Respondent–
Appellant.

Angel L. Mendoza–Rodriguez,
Claimant–Appellee,

v.

Anthony J. Principi, Secretary of
Veterans Affairs, Respondent–
Appellant.

Allen Grundy, Claimant–Appellee,

v.

Anthony J. Principi, Secretary of
Veterans Affairs, Respondent–
Appellant.

Charlie Walton, Jr., Claimant–Appellee,

v.

Anthony J. Principi, Secretary of
Veterans Affairs, Respondent–
Appellant.

Paul J. Henchey, Claimant–Appellee,

v.

Anthony J. Principi, Secretary of
Veterans Affairs, Respondent–
Appellant.

Lorenza Burke, Claimant–Appellee,

v.

Anthony J. Principi, Secretary of
Veterans Affairs, Respondent–
Appellant.

Nos. 03–7138, 03–7161, 03–7177, 03–7185,
03–7196, 03–7231, 04–7056.

United States Court of Appeals,
Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, Of Counsel, Washington, DC, for Respondent–Appellant.

Jeffrey J. Wood, Principal Attorney, York, PA, for Claimant–Appellee.

Gary Whitlatch, Collins, IA, pro se.

Angel L. Mendoza–Rodriguez, Cayey, PR, pro se.

Allen Grundy, Houston, TX, pro se.

Charlie Walton, Jr., Sacramento, CA, pro se.

Paul J. Henchey, Pittsfield, MA, pro se.

Lorenza Burke, Zion, IL, pro se.

SCHALL, Circuit Judge.

### ORDER

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims' decisions in *Johnson v. Principi,* 01–1260 (March 11, 2003), *Whitlatch v. Principi,* 02–376 (March 25, 2003), *Mendoza–Rodriguez v. Principi,* 02–238 (April 16, 2003), *Grundy v. Principi,* 01–2073 (April 18, 2003), *Henchey v. Principi,* 01–1413 (July 2, 2003), *Walton v. Principi,* 02–0082 (May 22, 2003), *Burke v. Principi,* 02–0063 (September 26, 2003), and remand these cases for further proceedings consistent with this court's decision in *Conway v. Principi,* 353 F.3d 1369 (Fed.Cir.2004). The appellees have not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.*

* Before filing the motions to vacate and re-

mand, the Secretary requested continuations

of the stays in many of the above captioned

appeals. Those motions are granted.